Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
SANTIAGO CAPUL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SANTIAGO CAPUL , | Case No.: 8:14-cv-00300-CJC-DFM |
| Plaintiffs, | |
| v. | VOLUNTARY DISMISSAL |
| ACCLAIM CREDIT TECHNOLOGIES, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, SANTIAGO CAPUL, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: May 20, 2014                                    KROHN & MOSS, LTD.

                                                       By:/s/ Ryan Lee, Esq.
                                                       Ryan Lee, Esq.
                                                       Attorney for Plaintiff

- 1 -

VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.

Ryan Lee, Esq

VOLUNTARY DISMISSAL